Order entered November 19, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00998-CR

**KEVIN DEWAYNE EDWARDS, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

On Appeal from the 422nd Judicial District Court
Kaufman County, Texas
Trial Court Cause No. 28935-422

# ORDER

Appellant's November 15, 2012 second motion to extend the time to file appellant's brief

is **GRANTED**. The time to file appellant's brief is **EXTENDED** to December 31, 2012.

LANA MYERS
JUSTICE